FILED

2014 JUN 16 P 4: 03

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| KAREN MILLEN FASHIONS LIMITED and MOSAIC FASHIONS US LIMITED f/k/a KAREN MILLEN US LIMITED<br><br>*Plaintiffs,*<br><br>v.<br><br>KAREN DENISE MILLEN<br><br>*Defendant.* | Civil Action No. 1:14CV720<br><br>**JURY TRIAL DEMANDED** |

**KAREN MILLEN FASHIONS LIMITED FINANCIAL INTEREST DISCLOSURE STATEMENT**

Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualifications or recusal, the undersigned counsel for Karen Millen Fashions Limited in the above captioned action, certifies that the following are parents, trusts, subsidiaries and/or affiliates of Karen Millen Fashions Limited that have issued shares or debt securities to the public or are publicly held entities that own 10% or more of Karen Millen's stock:

Karen Millen Fashions Limited is owned by Karen Millen Holdings Limited, which is owned by Karen Millen Group Limited.

The entities are not publically traded.

- 2 -

Dated:   June 16, 2014					Respectfully Submitted:

By: /s/ Erik C. Kane
Erik C. Kane
VA No. 68294
KENYON & KENYON LLP
1500 K Street, N.W., Suite 700
Washington, DC  20005
Telephone: 202.220.4200
Facsimile: 202.220.4201,
Email: Ekane@kenyon.com

*Of Counsel*:
Michelle Mancino Marsh, Esq.
Michael Kelly, Esq.
Jeremy S. Boczko, Esq.
KENYON & KENYON LLP
1 Broadway
New York, New York 10004
Telephone: 212.425.7200
Facsimile: 212.425.5288
Email: mmarsh@kenyon.com
         mkelly@kenyon.com
         jboczko@kenyon.com

*Attorney(s) for Plaintiffs,*
Karen Millen Fashions Limited and
Mosaic Fashions US Limited f/k/a Karen Millen US Limited