# Exhibit H

Store Finder

# KAREN MILLEN

  

| #KMTHEJOURNEY | SALE | NEW IN | CLOTHING | ACCESSORIES | FOOTWEAR | TRENDS | KM INSIDER | LOOKBOOK | HELP | SEARCH |

## STORE FINDER



X

21 stores found for United States. Select one for more details.

**STAND ALONE STORES**

5th Avenue
Dallas Galleria
Fashion Oulets Of Las Vegas
Garden State Plaza Usa
Georgetown
Lenox Square (Atlanta)
San Francisco Center
The 900 Shops (Chicago)
The Mall At Short Hills
The Shops At The Bravern (Seattle)
Tysons Galleria
Westfield Century City (LA)
Wrentham Village Premium Outlets

| CAN WE HELP? | ABOUT US | LEGAL |
| --- | --- | --- |
| CONTACT US | ABOUT KAREN MILLEN | PRIVACY POLICY |
| DELIVERY & SHIPPING | FRANCHISE OPPORTUNITIES | TERMS & CONDITIONS |
| RETURNS | CAREERS | COUNTERFEIT INFORMATION |
| PRODUCT CARE | PRESS CONTACTS | |
| SIZE GUIDE | | |

SITE MAP
FAQS

Store Finder

# KAREN MILLEN

LOGIN     MY ACCOUNT    WISH LIST    **EMAIL SIGNUP**    STORES

#KMTHEJOURNEY    NEW IN    CLOTHING    FOOTWEAR    ACCESSORIES    SALE    TRENDS    KM INSIDER    LOOKBOOK    HELP    `SEARCH`

## STORE FINDER

ARMENIA, **AUSTRALIA,** AZERBAIJAN, BAHRAIN, **BELGIUM,** BULGARIA, CANADA, CYPRUS, CZECH REPUBLIC, **DENMARK,** EGYPT, ESTONIA, FINLAND, **FRANCE,** GERMANY, **HONG KONG,** ICELAND, **INDONESIA,** IRELAND, JORDAN, KAZAKHSTAN, KUWAIT, LATVIA, LEBANON, LITHUANIA, MALAYSIA, MONACO, MOROCCO, **NETHERLANDS,** NEW ZEALAND, NORWAY, PANAMA, PHILIPPINES, POLAND, PORTUGAL, **QATAR,** ROMANIA, **RUSSIAN FEDERATION,** SAUDI ARABIA, SINGAPORE, SLOVAKIA, SOUTH AFRICA, **SPAIN,** SWEDEN, SWITZERLAND, THAILAND, TURKEY, UKRAINE, **UNITED ARAB EMIRATES,** **UNITED KINGDOM, UNITED STATES,** VIETNAM



X

2 stores found for Virginia. Select one for more details.

#### STAND ALONE STORES

[Tysons Galleria](#)

#### DEPARTMENT STORES

[Tyson's Corner](#)

| FAQS | ABOUT US | LEGAL | ONLINE INFORMATION | |
|---|---|---|---|---|
| MY ACCOUNT | SIZE GUIDE | PRIVACY AND COOKIES | GIFT CARD | Glamorous, distinctive clothing and accessories for the confident, uncompromising woman of today. |
| SHOPPING | CORPORATE INFORMATION | TERMS AND CONDITIONS | YOUR KM CARD | |
| DELIVERY | FRANCHISE OPPORTUNITIES | AUTHORISED RESELLERS | STORE LOCATOR | EMAIL SIGN UP |
| RETURNS | PRESS CONTACTS | COUNTERFEIT INFORMATION | SITE MAP | |
| CONTACT US | CAREERS | | MOBILE SITE |  |
| POPULAR SEARCHES | | | IPHONE APP | |